**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Robert B. Steveline                 CHAPTER 13
         Kathryn A. Steveline
                Debtor(s)                    BKY. NO. 21-10179 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 and index same on the master mailing list.

                                  Respectfully submitted,

/s/ **Rebecca Solarz**
Rebecca Solarz
01 Feb 2021, 15:17:56, EST

               KML Law Group, P.C.
               701 Market Street, Suite 5000
               Philadelphia, PA 19106-1532
               (215) 627-1322