# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                                  Chapter 13

ROBERT B. STEVELINE                                         Bankruptcy No. 21-10179-ELF
KATHRYN A STEVELINE
24 DELAWARE AVENUE

RIDLEY PARK, PA 19078


                Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
ROBERT B. STEVELINE
KATHRYN A STEVELINE
24 DELAWARE AVENUE

RIDLEY PARK, PA 19078

**Counsel for debtor(s), by electronic notice only.**
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Date: 3/4/2021                                                                                     /s/ William C. Miller

                                                                        _____
                                                                        William C. Miller, Esquire
                                                                        Chapter 13 Standing Trustee