## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

**SUBSTITUTION OF APPEARANCE BY
LORRAINE GAZZARA DOYLE, ESQUIRE, IN
VARIOUS OPEN CASES AND ENTRY OF
APPEARANCE OF ROGER FAY, ESQUIRE IN
VARIOUS OPEN CASES**

### PRAECIPE TO SUBSTITUTE APPEARANCE

Kindly withdraw the appearance of Lorraine Gazzara Doyle, Esquire, and substitute the

appearance of Roger Fay, Esquire, in the cases listed in Exhibit A hereto.

Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC


Roger Fay, Esquire
Attorney ID No. 315987
1 East Stow Road
Marlton, NJ 08053
Telephone: (856) 482-1400
Email: rfay@milsteadlaw.com


Lorraine Gazzara Doyle
Attorney ID No. 34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
Telephone: (610) 278-6800
Email: ldoyle@logs.com

# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

DOYLE  LORRAINE  GAZZARA  ,  Milstead & Associates, LLC   as of:  09/29/2022   10:55:29 am

Pending Cases for:

Total Pending cases for this attorney:   227

| Chapter | Judge | Case Number / Title | | Bar Id: | Prdd: 469,609 | terminated | case terminated |
|---|---|---|---|---|---|---|---|
| 13 | mdc | | | | | | |
| | | 16-10007-mdc | Theresa Brown Thornton | | | | |
| | | Party represented: | cr | Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust | | | |
| | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company | | | |
| 13 | elf | 16-15968-elf | Laura Anderson and Albert Anderson | | | | |
| | | Party represented: | cr | U.S. Bank National Association, as Trustee | | | |
| | | Party represented: | cr | U.S. Bank National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF12 Mortgage Pass-Through Certificates, Series 2006-FF12 | | | |
| 13 | amc | 16-18290-amc | Alfred Naussner | | | | |
| | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association | | | |
| | | Party represented: | cr | U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-1 Home Equity Pass-Through Certificates, Series 2006-1 | | | |

Page 1 of 29

| | | | | | |
|---|---|---|---|---|---|
| 13 | amc | 16-18290-amc | Alfred Naussner | | |
| | | | Party represented: | or | U.S. Bank National association, as Trustee |
| 13 | amc | 17-10749-amc | John D. McDaniel | | |
| | | | Party represented: | or | Select Portfolio Servicing, Inc., as servicing agent for U.S. Bank, National Association, as Trustee |
| | | | Party represented: | or | Select Portfolio Servicing, Inc., as servicing agent for U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-2 Home Equity Pass-Through Certificate |
| 13 | mdc | 17-14575-mdc | Charles H. Mitchell, Jr. | | |
| | | | Party represented: | or | BAYVIEW LOAN SERVICING, LLC |
| | | | Party represented: | or | CSMC 2021-RPL7 Trust |
| 13 | mdc | 17-14670-mdc | Kenneth Bernard Tadlock | | |
| | | | Party represented: | or | Legacy Mortgage Asset Trust 2021-GS3 |
| 13 | amc | 17-14689-amc | Joseph George | | |
| | | | Party represented: | or | Select Portfolio Servicing, Inc. |

| 13 | amc | 17-14920-amc | La Vonne A. Weaver | | |
|---|---|---|---|---|---|
| | | | *Party represented:* | *cr* | *Nationstar Mortgage LLC* |
| | | | *Party represented:* | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | pmm | 17-15250-pmm | Scott Paul Labar and Terry Janet Labar | | |
| | | | *Party represented:* | *cr* | *Federal Home Loan Mortgage Corporation, as Trustee* |
| | | | *Party represented:* | *cr* | *SELECT PORTFOLIO SERVICING, INC.* |
| 13 | amc | 17-16093-amc | Christopher M Smith and Jacqueline Smith | | |
| | | | *Party represented:* | *cr* | *NATIONSTAR MORTGAGE LLCD/B/A MR. COOPER* |

| | | | |
|---|---|---|---|
| 13 | mdc | 17-17954-mdc | Jeffrey L. Williams |
| | | | *or* |
| | | Party represented: | *Deutsche Bank National Trust Company, as Indenture Trustee* |
| | | | *or* |
| | | Party represented: | *Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company* |
| 13 | amc | 17-18120-amc | Wayne Crozier |
| | | | *or* |
| | | Party represented: | *Deutsche Bank National Trust Company, as Trustee, on behalf of the registered holders of GSAMP Trust 2005-HE3, Mortgage Pass-Through Certificates, Series 2005-HE3* |
| | | | *or* |
| | | Party represented: | *Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company* |
| 13 | mdc | 18-10163-mdc | Wilton Rodriquez |
| | | | *or* |
| | | Party represented: | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | amc | 18-10749-amc | Kingsley R. Wright |

| | | Party represented: | | cr | Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association |
| | | Party represented: | | cr | U.S. Bank National Association, as successor Trustee to LaSalle Bank National Association, as Trustee for Bear Stearns Asset Backed Securities I Trust 2007-HE4 |
| | | Party represented: | | cr | U.S. Bank National Association, as successor trustee |
| 13 | elf | 18-10918-elf | Paul J. McGinn, Sr. | | |
| | | Party represented: | | cr | |
| 13 | mdc | 18-10921-mdc | Domenica Carcione | | |
| | | Party represented: | | cr | Plaza Home Mortgage, Inc. |
| 13 | pmm | 18-10950-pmm | Torsten Bay and Lisa M Bay | | |
| | | Party represented: | | cr | Deutsche Bank National Trust Company, As Trustee |
| 13 | pmm | 18-11243-pmm | Kimberly A. Kauffman and Philip G. Kauffman | | |
| | | Party represented: | | cr | SERVICEMAC, LLC |
| 13 | elf | 18-11419-elf | Joseph D Winkis and Kathleen K Winkis | | |
| | | Party represented: | | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | mdc | 18-11726-mdc | Catherine J. Broadwater | | |
| | | Party represented: | | cr | OneMain Financial Services, Inc. |

| 13 | elf | 18-12176-elf | Marjorie B Connor | | |
| | | Party represented: | or | Select Portfolio Servicing, Inc |
| 13 | amc | 18-12207-amc | Stephanie E. West-Beatty | | |
| | | Party represented: | or | Planet Home Lending, LLC as servicer for Wilmington Trust, N.A., Not in its Individual Capacity but Solely in its Capacity as Trustee of MFRA Trust 2015-1 |
| 13 | amc | 18-12281-amc | Mark Hatcher | | |
| | | Party represented: | or | Select Portfolio Servicing, Inc. |
| | | Party represented: | or | The Bank of New York Mellon |
| 13 | mdc | 18-12329-mdc | Mark Sobel | | |
| | | Party represented: | or | HSBC Bank USA, National Association as Trustee for Luminent Mortgage Trust 2006-3, Mortgage Pass-Through Certificates, Series 2006-3 |
| | | Party represented: | or | HSBC Bank USA, National Association as Trustee for Luminent Mortgage Trust 2006-3, Mortgage Pass-Through Certificates, Series 2006-3 |
| | | Party represented: | or | Select Portfolio Servicing, Inc. as servicing agent for HSBC Bank USA, National Association |
| 13 | elf | 18-12434-elf | Ewa Karpeta | | |
| | | Party represented: | or | Federal Home Loan Mortgage Corporation |

| | | | |
|---|---|---|---|
| 13 | elf | 18-12727-elf | Ryan J. Yun |
| | | *Party represented:* | *Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-2* |
| | | or | |
| | | *Party represented:* | *Select Portfolio Servicing, Inc.* |
| | | or | |
| | | *Party represented:* | *Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2004-WCW2* |
| 13 | mdc | 18-13224-mdc | Gordon J Schwartz and Phyllis Schwartz |
| | | *Party represented:* | *Towd Point Mortgage Trust 2019-4, U.S. Bank National Association, as Indenture Trustee* |
| | | or | |
| 13 | pmm | 18-13329-pmm | Frank Joseph Grohotolsky, III |
| | | *Party represented:* | *Bayview Loan Servicing, LLC* |
| | | or | |
| | | *Party represented:* | *Community Loan Servicing, LLC* |
| | | or | |
| 13 | pmm | 18-13578-pmm | Lynne M. Decker and Thomas K. Decker, Jr. |
| | | *Party represented:* | *Deutsche Bank National Trust Company, As Trustee* |
| | | or | |
| | | *Party represented:* | *Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH5 Asset Backed Pass-Through Certificates, Series 2007-CH5* |
| | | or | |
| 13 | mdc | 18-13847-mdc | Martin Washington and Patricia Washington |
| | | *Party represented:* | *Grand Avenue Mortgage Loan Trust 2017-RPL1* |
| | | or | |
| 13 | elf | 18-13931-elf | Angela G. Parks |
| | | *Party represented:* | *DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE ET. AL.* |
| | | or | |

| | | | | |
|---|---|---|---|---|
| 13 | elf | 18-13931-elf | Angela G. Parks | |
| | | Party represented: | cr | Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH2 Asset Backed Pass-Through Certificates, Series 2007-CH2 |
| 13 | elf | 18-14291-elf | Avis A. Garrett | |
| | | Party represented: | cr | Nationstar Mortgage LLC D/B/A Mr. Cooper |
| 13 | elf | 18-14293-elf | Jerry Jefferson | |
| | | Party represented: | cr | U.S. Bank, National Association, as Trustee |
| | | Party represented: | cr | U.S. Bank, National Association, as Trustee for the EMC Mortgage Loan Trust 2004-C, Mortgage Pass-Through Certificates, Series 2004-C |
| 13 | elf | 18-14294-elf | Una M. Harmon | |
| | | Party represented: | cr | U.S. BANK NATIONAL ASSOCIATION, as Trustee |
| | | Party represented: | cr | U.S. Bank National Association, as Trustee, in trust for the registered holders of Citigroup Mortgage Loan Trust, Asset-Backed Pass-Through Certificates, Series 2007-AHL3 |
| 13 | amc | 18-14407-amc | Richard B. Greaves | |
| | | Party represented: | cr | U.S. Bank National Association, as trustee, |
| | | Party represented: | cr | U.S. Bank National Association, as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certificates, Series 2006-FF14 |
| 13 | mdc | 18-14803-mdc | Seamus A Smith | |
| | | Party represented: | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |

| 13 | pmm | 18-15061-pmm | Karen Shapiro | | |
| | | | Party represented: | cr | U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2020-PM3 |
| 13 | mdc | 18-15365-mdc | Ronald L Evans | | |
| | | | Party represented: | cr | U.S. Bank, N.A., successor trustee |
| | | | Party represented: | cr | U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE1, Asset-Backed Certificates Series 2007-HE1 |
| 13 | amc | 18-15628-amc | Tamera E. Lawrence | | |
| | | | Party represented: | cr | Deutsche Bank National Trust Company, As Trustee |
| | | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| 13 | elf | 18-16234-elf | Carollynn O&#039;Connor | | |
| | | | Party represented: | cr | Select Portfolio Servicing, Inc. |

| 13 | elf | 18-16694-elf | Michelle W Murphy | | |
| | | | Party represented: | cr | Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-10, Asset-Backed Certificates, Series 2006-10 |
| | | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| 13 | elf | 18-16770-elf | Bruce M. Reiprich and Barbara H. Reiprich | | |
| | | | Party represented: | cr | Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-HE6, Mortgage Pass-Through Certificates, Series 2007-HE6 |
| 13 | mdc | 18-16877-mdc | Brian L. Spence and Maria M. Moleiro-Spence | | |
| | | | Party represented: | cr | Select Portfolio Servicing, Inc. |

| | | | |
|---|---|---|---|
| 13 | mdc | 18-17117-mdc   Linster Noah Murrell, Jr.<br><br>*Party represented:*   cr<br><br>*Party represented:*   cr | Deutche Bank National Trust Company, as Trustee<br><br>Deutsche Bank National Trust Company, as Trustee for the UCFC Loan Trust 1998-C |
| 13 | mdc | 18-17429-mdc   Glenn Erik Nyce<br><br>*Party represented:*   cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 7 | elf | 18-17430-elf   Sharom E. Thomas<br><br>*Party represented:*   cr | THE BANK OF NEW YORK MELLON |
| 13 | mdc | 18-17768-mdc   Tara Marie Culbreath<br><br>*Party represented:*   cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | mdc | 18-17870-mdc   Leanna Brown and Leanna Brown<br><br>*Party represented:*   cr | WELLS FARGO BANK, NATIONAL ASSOCIATION |
| 13 | mdc | 18-18042-mdc   Daaimah S. Poole<br><br>*Party represented:*   cr<br><br>*Party represented:*   cr | Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank, N.A., as Trustee<br><br>Wells Fargo Bank, N.A., as Trustee , for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2004-WCW1 |

Page 11 of 29

| 13 | elf | 18-18160-elf | Camilla Brown | | |
| | | Party represented: | | cr | Wilmington Savings Fund Society, FSB |

| 13 | pmm | 18-18366-pmm | Richard T Palenchar and Bonita L Palenchar | | |
| | | Party represented: | | cr | Deutsche Bank National Trust Company, As Trustee |

| 13 | pmm | 19-10365-pmm | Angelica Peguero | | |
| | | Party represented: | | cr | U.S. Bank National Association, as Trustee |

| 13 | amc | 19-10989-amc | Marc A Maglio | cr | Party represented: | Nationstar Mortgage LLC D/B/A Mr. Cooper |
| 13 | amc | 19-11002-amc | Kimberley C Johnson and Douglas W Johnson | cr | Party represented: | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | elf | 19-11134-elf | Elena Papanikolaou | cr | Party represented: | Nationstar Mortgage LLC d/b/a Mr. Cooper |
|    |     |              |               | cr | Party represented: | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | elf | 19-11223-elf | Stephanie A. Rehrig | cr | Party represented: | Carrington Mortgage Services, LLC |

| 13 | elf | 19-11386-elf | Robert A. LaRosa | | |
| | | Party represented: | or | ABS Loan Trust VI |
| | | Party represented: | or | ABS REO Trust VI |
| 13 | pnm | 19-11448-pnm | Nancy Gene Cooper | | |
| | | Party represented: | or | Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2005-HET, Mortgage Pass-Through Certificates, Series 2005-HET |
| | | Party represented: | or | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| 13 | mdc | 19-12644-mdc | Essa-Aisha A Purnell and Abdou R Gueye | | |
| | | Party represented: | or | WELLS FARGO BANK, N.A. |
| | | Party represented: | or | Wells Fargo Bank, N.A., as Trustee |
| 13 | mdc | 19-12806-mdc | William T. Powell | | |
| | | Party represented: | or | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| | | Party represented: | or | Select Portfolio Servicing, Inc. |

| 13 | mdc | 19-13412-mdc | Raymond T. Blue | | |
| | | | *Party represented:* | *cr* | Manufacturers and Traders Trust Company, as trustee, on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series 1997-5 |
| 13 | amc | 19-13449-amc | Ronald J Logue and Mariann Logue | | |
| | | | *Party represented:* | *cr* | Bayview Loan Servicing, LLC |
| | | | *Party represented:* | *cr* | Community Loan Servicing, LLC |
| 13 | pmm | 19-13552-pmm | Kevin Rota and Bobbie Ann Rota | | |
| | | | *Party represented:* | *cr* | FEDERAL HOME LOAN MORTGAGE CORPORATION |
| 13 | elf | 19-13758-elf | Jeremy Y. Schallack and Kathleen E. Schallack | | |
| | | | *Party represented:* | *cr* | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| 13 | mdc | 19-14039-mdc | Vincent Williams-Bey and Michele Williams-Bey | | |
| | | | *Party represented:* | *cr* | HSBC Bank USA, National Association, as Trustee |

| 13 | elf | 19-14471-elf | Cynthia Crawford | | |
| | | | Party represented: | cr | Deutsche Bank National Trust Company, As Trustee |
| 13 | elf | 19-14500-elf | Kevin Corcoran and Beverly L. Corcoran | | |
| | | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank Minnesota, N.A. |
| | | | Party represented: | cr | Wells Fargo Bank, National Association |
| 13 | amc | 19-15144-amc | Nathaniel F Mallory | | |
| | | | Party represented: | cr | OSAT TRUST 2019-1 |
| 13 | amc | 19-15306-amc | Mervin J. Conner, Jr. | | |
| | | | Party represented: | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |

| 13 | amc | 19-15589-amc | Samantha Lashear Lomax | cr | Deutche Bank National Trust Company, as Trustee |
|----|-----|--------------|------------------------|----|--------------------------------------------------|
| | | Party represented: | | | |
| 13 | elf | 19-15845-elf | Andre T. Morris | cr | Bank of America, N.A. |
| | | Party represented: | | | |
| 13 | amc | 19-15865-amc | Carl L Loe | cr | Carrington Mortgage Services, LLC |
| | | Party represented: | | | |
| 13 | pnm | 19-16031-pnm | Tammy L. Slagon | cr | Select Portfolio Servicing, Inc. as servicing agent for PNC Bank, National Association |
| | | Party represented: | | | |
| 13 | amc | 19-16285-amc | Karen I. Hogue | cr | U.S. Bank National Association, |
| | | Party represented: | | | |
| 13 | amc | 19-16290-amc | Victor Ocasio | cr | Select Portfolio Servicing, Inc. as servicing agent for ONYX Bay Trust |
| | | Party represented: | | | |
| 13 | elf | 19-16693-elf | Patricia A. Panetta | cr | Pingora Loan Servicing |
| | | Party represented: | | | |
| 13 | amc | 19-16963-amc | Janelle Kernan | cr | Sun West Mortgage Company, Inc. |
| | | Party represented: | | | |
| 13 | pnm | 19-17042-pnm | Janet Corujo | cr | Deutche Bank National Trust Company, As Trustee |
| | | Party represented: | | | |

| 13 | pmm | 19-17522-pmm | Daniel L. Amy | | |
| | | | Party represented: | cr | Bayview Loan Servicing, LLC |
| | | | Party represented: | cr | Community Loan Servicing, LLC |
| 13 | amc | 19-17672-amc | Terrance Waller | | |
| | | | Party represented: | cr | Carrington Mortgage Services, LLC. |
| 13 | elf | 20-10020-elf | Thelma Wright | | |
| | | | Party represented: | cr | Deutche Bank National Trust Company, as Trustee |
| | | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company |
| 13 | pmm | 20-10117-pmm | Scott Michael Horning | | |
| | | | Party represented: | cr | U.S. Bank National Association, as Trustee |
| | | | Party represented: | cr | U.S. Bank National Association, as trustee, on behalf of the holders of the Credit Suisse First Boston Mortgage Securities Corp. Home Equity Pass Through Certificates, Series, 2006- 8 |
| 13 | pmm | 20-10162-pmm | Tina Marie Stumpp | | |
| | | | Party represented: | cr | Rushmore Loan Management Services as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT |

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | amc | 20-10233-amc | Claudette Webb | Party represented: | cr | U.S. Bank National Association, as indenture trustee |
| | | | | Party represented: | cr | U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 |
| 13 | amc | 20-11060-amc | David Harry | Party represented: | cr | Lakeview Loan Servicing, LLC |
| 13 | elf | 20-11138-elf | Lori L Nardella | Party represented: | cr | U.S. Bank, N.A., successor trustee |
| | | | | Party represented: | cr | U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2006-HE7, Asset-Backed Certificates Series 2006-HE7 |
| 13 | mdc | 20-11143-mdc | Kevin K. Jones | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association |

| 13 | mdc | 20-11143-mdc | Kevin K. Jones | | |
|---|---|---|---|---|---|
| | | | Party represented: | cr | U.S. Bank N.A., as trustee |
| | | | Party represented: | cr | U.S. Bank National Association, as trustee |
| | | | | | Select Portfolio Servicing, Inc. |
| 13 | amc | 20-11261-amc | Christopher M. Mattis, Sr. and Linda L. Mattis | | |
| | | | Party represented: | cr | |
| 13 | elf | 20-13441-elf | Mikaela R. Lerer | | |
| | | | Party represented: | cr | BAYVIEW LOAN SERVICING, LLC |
| | | | Party represented: | cr | Community Loan Servicing, LLC |

Page 20 of 29

| 13 | amc | 20-13636-amc | Miranda Tsang | | |
| | | Party represented: | | cr | Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC |
| | | Party represented: | | cr | ABS Loan Trust VI |
| 13 | pnm | 20-13673-pnm | Steven W. Strickler | | |
| | | Party represented: | | cr | Pingora Loan Servicing ,LLC enote vesting-- Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | mdc | 20-14286-mdc | Angelia M Sutherland | | |
| | | Party represented: | | cr | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE |
| | | Party represented: | | cr | U.S. Bank National Association, as trustee, in trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2004-2 |
| 13 | pnm | 20-14360-pnm | Marcel Y. Crandon and Sharon M. Crandon | | |
| | | Party represented: | | cr | Community Loan Servicing, LLC |
| | | Party represented: | | cr | Community Loan Servicing, LLC |

| 13 | pnm | 20-14360-pnm | Marcel Y. Crandon and Sharon M. Crandon | | |
| | | | *Party represented:* | or | *Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC* |
| | | | *Party represented:* | or | *Federal National Mortgage Association ("Fannie Mae"), c/o Community Loan Servicing, LLC* |
| 13 | mdc | 20-14393-mdc | April E Ettinger | | |
| | | | *Party represented:* | or | *Federal Home Loan Mortgage Corporation* |
| | | | *Party represented:* | or | *Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2016-2* |
| 13 | elf | 20-14471-elf | Iva Bonelli | | |
| | | | *Party represented:* | or | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| | | | *Party represented:* | or | *SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust* |

| 13 | pmm | 20-14877-pmm | Milena Maria Serna | | |
| | | | Party represented: | cr | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| 13 | elf | 21-10006-elf | Rashida Patience and Khadri Abdus-Saboor | | |
| | | | Party represented: | cr | Deutsche Bank National Company as Trustee |
| | | | Party represented: | cr | Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE8, Mortgage Pass-Through Certificates, Series 2006 HE8 |
| | | | Party represented: | cr | Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company as Trustee |
| 13 | elf | 21-10179-elf | Robert B. Steveline and Kathryn A Steveline | | |
| | | | Party represented: | cr | U.S. Bank National Association, as indenture trustee |

| 13 | pmm | 21-10691-pmm | Peter Plutko | | |
| | | Party represented: | | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 13 | mdc | 21-10701-mdc | Anna M. Taylor | | |
| | | Party represented: | | cr | The Bank of New York Mellon Trust Company, NA |

13   pmm   21-11219-pmm   Jeannette Colon

*Party represented:*   or   *Select Portfolio Servicing, Inc.*

13   elf   21-11762-elf   Michael A. Mignogna
                          *Party represented:*   cr   *U.S. Bank National Association, as Trustee*

13   mdc   **21-12271-mdc**   Carolyn A. Bennett

    *Party represented:*   cr   *Community Loan Servicing, LLC*

    *Party represented:*   cr   *Community Loan Servicing, LLC*

13   mdc   **21-12277-mdc**   Crystal G. Brown

    *Party represented:*   cr   *Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank, N.A., successor trustee*

    *Party represented:*   cr   *U.S. Bank, N.A., successor trustee to LaSalle Bank National Association*

13   elf   **21-12294-elf**   Joseph R. Pierce, Sr.

    *Party represented:*   cr   *Deutsche Bank National Trust Company, as Indenture Trustee*

    *Party represented:*   cr   *Deutsche Bank National Trust Company, as Indenture Trustee*

7   elf   **21-12469-elf**   Gary Cooper

    *Party represented:*   cr   *Nationstar Mortgage LLC d/b/a Mr. Cooper*

| 13 | amc | 21-13816-amc | Keith M McMahon | | |
| | | | Party represented: | cr | *Wells Fargo Bank, National Association* |
| 13 | mdc | 21-13218-mdc | Charlene V Whitfield | | |
| | | | Party represented: | cr | *Community Loan Servicing, LLC f/k/a Bayview Loan Servicing, LLC* |
| | | | Party represented: | cr | *Community Loan Servicing, LLC, a Delaware Limited Liability Company* |
| 13 | pmm | 21-13235-pmm | Joseph Ruyak | | |
| | | | Party represented: | cr | *THE BANK OF NEW YORK MELLON* |
| 13 | mdc | 22-10249-mdc | Joseph L. Amore | | |
| | | | Party represented: | cr | *Community Loan Servicing, LLC* |