United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10179-amc |
| Robert B. Steveline | Chapter 13 |
| Kathryn A Steveline | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 17, 2025 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 14937540 | + | U.S. Bank Trust Company, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | |
| | on behalf of Joint Debtor Kathryn A Steveline brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| BRAD J. SADEK | |
| | on behalf of Debtor Robert B. Steveline brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 bkgroup@kmllawgroup.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHELLE L. MCGOWAN | |

Case 21-10179-amc    Doc 38    Filed 09/19/25    Entered 09/20/25 00:38:48    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 17, 2025 | Form ID: trc | Total Noticed: 1 |

on behalf of Creditor U.S. Bank Trust Company mimcgowan@raslg.com

ROGER FAY

on behalf of Creditor U.S. Bank National Association  as indenture trustee rfay@alaw.net, bkecf@milsteadlaw.com

SHERRI DICKS

on behalf of Creditor Wilmington Savings Fund Society  FSB sdicks@raslg.com, shrdlaw@outlook.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 21-10179-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Robert B. Steveline<br>24 Delaware Avenue<br>Ridley Park PA 19078 | Kathryn A Steveline<br>24 Delaware Avenue<br>Ridley Park PA 19078 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/16/2025.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: U.S. Bank Trust Company, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165 | Wilmington Savings Fund Society<br>Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/19/25

Tim McGrath
**CLERK OF THE COURT**