**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **ROBERT B. STEVELINE** |
| Debtor 2 (Spouse, if filing) | **KATHRYN A STEVELINE** |
| Unites States Bankruptcy Court for the: | **Eastern District of Pennsylvania** (State) |
| Case Number | **21-10179-AMC** |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made       12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

### Part 1: Mortgage Information

**Name of claim holder:** SELECT PORTFOLIO SERVICING INC

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 9 4 5 8

**Property Address:** 24 DELAWARE AVENUE
Number    Street

RIDLEY PARK    PA    19078
City    State    ZIP Code

### Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 20,265.00 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 20,265.00 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 20,265.00 |

## Part 4: Postpetition Payment

*Check one:*

☒ Postpetition payments are made by the debtor.
☐ Postpetition payments are paid through the trustee.
☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ -0-

## Part 6: A Response Is Required By Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Kenneth E. West
Signature

Date: 02/11/2026

Trustee: Kenneth E. West
First Name    Middle Name    Last Name

Address: 190 N. Independence Mall West, Suite 701
Number    Street

Philadelphia    PA    19106
City    State    ZIP Code

Contact phone: (215) 627-1377    Email: info@ph13trustee.com

| Debtor 1 | ROBERT B. STEVELINE | Case Number 21-10179-AMC | Page 1 |
|---|---|---|---|
| | Name | | |

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 10/08/2021 | 3000813 | Disbursement To Creditor/Principal | 181.46 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 11/09/2021 | 3002203 | Disbursement To Creditor/Principal | 777.80 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 01/10/2022 | 3004822 | Disbursement To Creditor/Principal | 777.80 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 03/07/2022 | 3007379 | Disbursement To Creditor/Principal | 388.90 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 04/12/2022 | 3008787 | Disbursement To Creditor/Principal | 777.80 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 05/11/2022 | 3010139 | Disbursement To Creditor/Principal | 388.90 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 07/12/2022 | 3012686 | Disbursement To Creditor/Principal | 777.80 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 08/16/2022 | 3013992 | Disbursement To Creditor/Principal | 388.90 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 10/11/2022 | 3016322 | Disbursement To Creditor/Principal | 777.80 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 11/15/2022 | 3017613 | Disbursement To Creditor/Principal | 388.90 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 12/13/2022 | 3018858 | Disbursement To Creditor/Principal | 388.90 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 01/10/2023 | 3020080 | Disbursement To Creditor/Principal | 388.90 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 02/08/2023 | 3021280 | Disbursement To Creditor/Principal | 388.90 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 03/09/2023 | 3022545 | Disbursement To Creditor/Principal | 388.90 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 04/12/2023 | 3023792 | Disbursement To Creditor/Principal | 388.90 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 05/09/2023 | 3025043 | Disbursement To Creditor/Principal | 388.90 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 06/13/2023 | 3026234 | Disbursement To Creditor/Principal | 388.90 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 07/13/2023 | 3027361 | Disbursement To Creditor/Principal | 388.90 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 08/15/2023 | 3028510 | Disbursement To Creditor/Principal | 388.90 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 09/18/2023 | 3029683 | Disbursement To Creditor/Principal | 388.90 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 10/10/2023 | 3030679 | Disbursement To Creditor/Principal | 388.90 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 11/09/2023 | 3031671 | Disbursement To Creditor/Principal | 380.45 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 12/21/2023 | 4000525 | Disbursement To Creditor/Principal | 380.45 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 01/16/2024 | 4001370 | Disbursement To Creditor/Principal | 380.45 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 02/12/2024 | 4002284 | Disbursement To Creditor/Principal | 380.45 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 03/12/2024 | 4003204 | Disbursement To Creditor/Principal | 380.44 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 04/10/2024 | 4004119 | Disbursement To Creditor/Principal | 380.45 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 05/13/2024 | 4005023 | Disbursement To Creditor/Principal | 380.44 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 06/14/2024 | 4005954 | Disbursement To Creditor/Principal | 380.45 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 07/17/2024 | 4006899 | Disbursement To Creditor/Principal | 380.44 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 08/14/2024 | 4007820 | Disbursement To Creditor/Principal | 380.45 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 09/11/2024 | 4008665 | Disbursement To Creditor/Principal | 380.44 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 10/16/2024 | 4009530 | Disbursement To Creditor/Principal | 384.67 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 11/13/2024 | 4010446 | Disbursement To Creditor/Principal | 384.67 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 12/11/2024 | 4011276 | Disbursement To Creditor/Principal | 384.67 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 01/15/2025 | 4012122 | Disbursement To Creditor/Principal | 384.67 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 02/12/2025 | 4012991 | Disbursement To Creditor/Principal | 384.67 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 03/12/2025 | 4013838 | Disbursement To Creditor/Principal | 384.67 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 04/15/2025 | 4014695 | Disbursement To Creditor/Principal | 384.67 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 05/14/2025 | 4015576 | Disbursement To Creditor/Principal | 384.67 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 06/11/2025 | 4016429 | Disbursement To Creditor/Principal | 384.67 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 07/16/2025 | 4017249 | Disbursement To Creditor/Principal | 384.67 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 08/13/2025 | 4018097 | Disbursement To Creditor/Principal | 384.68 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 09/10/2025 | 4018932 | Disbursement To Creditor/Principal | 384.67 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 10/15/2025 | 4019783 | Disbursement To Creditor/Principal | 384.67 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 11/19/2025 | 4020677 | Disbursement To Creditor/Principal | 384.67 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 12/10/2025 | 4021555 | Disbursement To Creditor/Principal | 384.68 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 01/14/2026 | 4022332 | Disbursement To Creditor/Principal | 384.67 |
| 3 | SELECT PORTFOLIO SERVIC | Secured Mortgage Paid In Full R/E | 02/11/2026 | 4023218 | Disbursement To Creditor/Principal | 21.38 |

| Debtor 1 | ROBERT B. STEVELINE | | Case Number 21-10179-AMC | Page 2 |
|---|---|---|---|---|
| | Name | | | |

## History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| | | | | | Total for Claim Number 3: | 20,265.00 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **20,265.00** |