*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                  : Chapter 13

Robert B. Steveline and Kathryn A Steveline                 : Case No. 21–10179–amc
            Debtor(s)

***ORDER***
_____

AND NOW, this day , May 20, 2026 , it appearing that the trustee in the above
entitled matter has filed his report and that the trustee has performed all other duties required
in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and
the same hereby is, closed.

By The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court

Form 195