United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 21-10179-amc

Robert B. Steveline                                                                 Chapter 13

Kathryn A Steveline

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 21, 2026 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

\+                          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2026:**

**Recip ID                     Recipient Name and Address**
db/jdb                      +  Robert B. Steveline, Kathryn A Steveline, 24 Delaware Avenue, Ridley Park, PA 19078-1105

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2026                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2026 at the address(es) listed below:**

**Name**                                  **Email Address**

BRAD J. SADEK
    on behalf of Joint Debtor Kathryn A Steveline brad@sadeklaw.com
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com

BRAD J. SADEK
    on behalf of Debtor Robert B. Steveline brad@sadeklaw.com
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com

JORDAN MATTHEW KATZ
    on behalf of Creditor Wilmington Savings Fund Society  FSB jkatz@raslg.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL
    on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the holders of the CIM Trust 2017-3,
    Mortgage-Backed Notes, Series 2017-3 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: May 21, 2026                       Form ID: 195                                   Total Noticed: 1

MICHELLE L. MCGOWAN
                     on behalf of Creditor U.S. Bank Trust Company mimcgowan@raslg.com

ROBERT BRIAN SHEARER
                     on behalf of Creditor Wilmington Savings Fund Society  FSB rshearer@raslg.com

ROGER FAY
                     on behalf of Creditor U.S. Bank National Association  as indenture trustee rfay@alaw.net, bkecf@milsteadlaw.com

SHERRI DICKS
                     on behalf of Creditor Wilmington Savings Fund Society  FSB sdicks@raslg.com, shrdlaw@outlook.com

United States Trustee
                     USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**


In re:                                                          : Chapter 13


Robert B. Steveline and Kathryn A Steveline          : Case No. 21–10179–amc
            Debtor(s)


### ORDER
_____


    AND NOW, this day , May 20, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                                        By The Court


                                        Ashely M. Chan
                                        Chief Judge, United States Bankruptcy Court


                                                                            Form 195